RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _1/7/11_
BY _DD_

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DONZELL HOLLAND | CIVIL ACTION NO. 09-1832 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, together with the written objections thereto filed with this Court [Doc. No. 15], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision be AFFIRMED, and this matter DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 6 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE